JOHN W. HUBER, United States Attorney (#7226)
AMY JONES, Special Assistant United States Attorney (#12132)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: amy.jones2@usdoj.gov

FILED
U.S. DISTRICT COURT

2019 APR -3  A 11: 33

DISTRICT OF UTAH

BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | VIOLATIONS:<br>Count I: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition<br>Count II: 21 U.S.C. § 844(a), Possession of Marijuana |
| vs. | |
| DESMOND TRAVIS JORDAN, | |
| Defendant. | Case: 2:19-cr-00125<br>Assigned To : Waddoups, Clark<br>Assign. Date : 4/3/2019<br>Description: |

The Grand Jury Charges:

### COUNT I
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about February 28, 2019, in the Central Division of the District of Utah,

DESMOND TRAVIS JORDAN,

the defendant herein, having been convicted of a crime punishable by imprisonment for more than one year, did knowingly possess in and affecting interstate commerce a firearm and ammunition, to wit: a Smith and Wesson model M&P 9c firearm and ammunition; all in violation of 18 U.S.C. § 922(g)(1).

## COUNT II
21 U.S.C. § 844(a)
(Possession of Marijuana)

On or about February 28, 2019, in the Central Division of the District of Utah,

DESMOND TRAVIS JORDAN,

the defendant herein, did knowingly and intentionally possess Marijuana, a Schedule I controlled substance within the meaning of 21 U.S.C. § 844(a).

A TRUE BILL:

_____
FOREPERSON OF GRAND JURY

JOHN W. HUBER
United States Attorney


_____
Amy Jones
Special Assistant United States Attorney

2