AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF UTAH

UNITED STATES OF AMERICA  
v.  
DESMOND TRAVIS JORDAN

**EXHIBIT AND WITNESS LIST**

Case Number: 2:19-CR-125 CW

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Clark Waddoups | Joshua Brotherton | Emily Stirba, Spencer Rice |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/3/2020-3/4/2020 | L. Robinson | A. Bowers, T. Schofield |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | GOVERNMENT WITNESSES: |
| 1 | | 3/3/2020 | | | David Allen |
| 2 | | 3/3/2020 | | | Clinton Moore |
| | | | | | DEFENDANT WITNESS: |
| | 1 | 3/4/2020 | | | Mary Cablk |
| | | | | | EXHIBITS: |
| 1 | | 3/3/2020 | Yes | Yes | Clint Moore Dog Handler Certificate |
| 2 | | 3/3/2020 | Yes | Yes | Tank – Detector Dog Certificate |
| 3 | | 3/3/2020 | Yes | Yes | Training Odor List, October 2018 – March 2019 |
| 4 | | 3/3/2020 | Yes | Yes | Training Summary, October 2018 – March 2019 |
| | | | | | |
| 6 | | 3/4/2020 | Yes | Yes | Tank's training log from Packtrack report |
| 7 | | 3/3/2020 | Yes | Yes | Tank's veterinary records |
| | | | | | |
| 9 | | 3/3/2020 | Yes | Yes | Video of officer asking for assistance before traffic stop |
| 10 | | 3/3/2020 | Yes | Yes | Video of traffic stop |
| 11 | | 3/3/2020 | Yes | Yes | Packtrack Deployment Log |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages