JOHN W. HUBER, United States Attorney (#7226)
JOSHUA BROTHERTON, Special Assistant United States Attorney (#16207)
Attorneys for the United States of America
111 South Main Street, Suite 1800 • Salt Lake City, Utah 84111
Telephone: (801) 524-5682 • Facsimile: (801) 524-6924
Email: joshua.brotherton@usdoj.gov

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:19-CR-00125-CW |
| Plaintiff, | : | |
| vs. | : | MOTION FOR LEAVE TO DISMISS THE INDICTMENT WITH PREJUDICE |
| DESMOND TRAVIS JORDAN, | : | |
| Defendants. | : | |
| | : | Judge Clark Waddoups |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the United States, by and through the undersigned Special Assistant United States Attorney, hereby moves for leave to dismiss the Indictment with prejudice. This motion is based upon, *inter alia*, a lack of prosecutable evidence and for good cause.

DATED March 30, 2020.

                                                               JOHN W. HUBER
                                                               United States Attorney

                                                               /s/ *Joshua Brotherton*
                                                               JOSHUA BROTHERTON
                                                               Special Assistant United States Attorney